Next case DK CLM vs. Miller, Mr. Olson